**Steven HIGGINBOTHAM,**
**Plaintiff/Appellant,**

v.

**UNITED PARCEL SERVICE, INC.,**
**Defendant/Respondent.**

**No. ED 103750**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: August 23, 2016

David C. Knieriem, Law Offices of David C. Knieriem, Clayton, MO, for Appellant.

Talmage E. Newton IV, Newton Wright, LLP, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

### PER CURIAM

Steven Higginbotham ("Plaintiff") appeals from the judgment of the trial court, which after a bench trial entered judgment against him and in favor of United Parcel Service, Inc. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).